# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title:
Banc of America Leasing & Capital, LLC
v. Umar Trans, Inc. and Bermet
Anvarbekova

Case Number: 25-cv-15332

An appearance is hereby filed by the undersigned as attorney for:
Banc of America Leasing & Capital, LLC

Attorney name (type or print): Wendy Kaleta Gattone

Firm: McFadden Dillon & Gattone, P.C.

Street address: 900 Oakmont Lane, Suite 111

City/State/Zip: Westmont, IL 60559

Bar ID Number: 6226119
(See item 3 in instructions)

Telephone Number: 312.201.8300

Email Address: w.gattone@mcdillaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | X Yes | ☐ No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | X Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | X Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/13/2025

Attorney signature: S/ *Wendy Kaleta Gattone*
(Use electronic signature if the appearance form is filed electronically.)