**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC, Plaintiff, | ) ) ) | Case No.: 25-cv-15332 |
| | ) | Judge: |
| v. | ) ) | |
| UMAR TRANS, INC.., and BERMET ANVARBEKOVA Defendants. | ) ) ) | Magistrate Judge: |

**LOCAL RULE 3.2 FED. R. CIV. P. 7.1**
**NOTIFICATION OF AFFILIATES**

Pursuant to Rule 3.2 of the Local Rules of the Northern District of Illinois, and Fed. R. Civ. P. 7.1 Banc of America Leasing & Capital, LLC ("BALC"), by and through undersigned counsel, hereby makes the following disclosure to the Court:

BALC is a sole member LLC and the sole member is Bank of America, National Association ("BANA"). BANA is 100% owned by BAC North America Holding Company, which is 100% owned by NB Holdings Corporation, which is 100% owned by the publicly-traded company Bank of America Corporation. The entities that currently own more than 5% of Bank of America Corporation's stock are: Berkshire Hathaway Inc., The Vanguard Group, and BlackRock, Inc.

Respectfully submitted,

/s/ *Wendy Kaleta Gattone*
One of the attorneys for Plaintiff,
Banc of America Leasing & Capital, LLC

Wendy Kaleta Gattone (ARDC #6226119)
w.gattone@mcdillaw.com
McFadden Dillon & Gattone, P.C.
900 Oakmont Lane, Suite 111
Westmont, Illinois 60559
312.201.8300