**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC, | ) | |
| Plaintiff, | ) | Case No.: 25-cv-15332 |
| | ) | |
| | ) | Judge: Andrea R. Wood |
| v. | ) | |
| | ) | |
| UMAR TRANS, INC.., | ) | Magistrate Judge: Maria Valdez |
| and BERMET ANVARBEKOVA | ) | |
| Defendants. | ) | |

**NOTIFICATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to Fed. R. Civ. P. 41(a)(1), Defendants Umar Trans, Inc. and Bermet Anvarbekova not having been served, Plaintiff Banc of America Leasing & Capital, LLC, by and through its undersigned counsel, hereby voluntarily dismisses its Complaint without prejudice.

Respectfully submitted,

/s/ *Wendy Kaleta Gattone*
One of the attorneys for Plaintiff,
Banc of America Leasing & Capital, LLC

Wendy Kaleta Gattone (ARDC #6226119)
w.gattone@mcdillaw.com
McFadden Dillon & Gattone, P.C.
900 Oakmont Lane, Suite 111
Westmont, Illinois 60559
312.201.8300